07 CV 3840

James E. Mercante (JS 4231)
Michael E. Stern (MS 9113)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue
New York, New York 10017
(212) 953-2381
Attorneys for DONJON MARINE CO., INC..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT

       of

DONJON MARINE CO., INC. as owner of
Tug WILLIAM E. for Exoneration from
or Limitation of Liability,

             Petitioner.
-----------------------------------------------------------------x

07 cv

MAY 1 6 2007

RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant DONJON MARINE CO., INC. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **None**

Dated: New York, New York
       May 15, 2007

                          RUBIN, FIORELLA & FRIEDMAN LLP
                          Attorneys for DONJON MARINE CO. INC.

                          By: _____
                              James E. Mercante (JM 4231)
                              Michael E. Stern (MS 9113)
                          292 Madison Avenue
                          New York, New York 10017
                          (212) 953-2381
                          Our File No. 609-8731