UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DONJON MARINE CO., INC.,

        Plaintiff,

  - against -

TUG WILLIAM E.,

        Defendant.

------------------------------------X

07 Civ. 3840 (RWS)

O R D E R

**Sweet, D.J.,**

    The motion of Plaintiff dated November 27, 2007 will be heard at noon on Wednesday, January 16, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**December 6, 2007**

                                      ROBERT W. SWEET
                                          U.S.D.J.