**GORAYEB & ASSOCIATES, P.C.**

COUNSELORS AT LAW

100 WILLIAM STREET, 12TH FLOOR

NEW YORK, NEW YORK 10038

TEL: (212) 267-9222
FAX: (212) 962-5418

December 11, 2007

Honorable Judge Robert W. Sweet
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  Matter of Donjon Marine Co., Inc. as owner of Tug William E.
           07 Civ. 3840 (RWS)

Dear Hon. Judge Sweet:

    Our office represents respondent/claimant Dennis Kirby in the above matter. Please be advised that our adversary, Michael Stern, of Rubin, Fiorella & Friedman LLP has consented to our request for an adjournment regarding petitioner's motion for summary judgment (presently scheduled for oral argument on January 16, 2008, at 12:00 p.m.). There have been no previous requests for adjournment. Counsel have agreed to the following proposed schedule:

- Respondent/claimant's opposition papers shall be served/filed on 1/3/08;
- Petitioner's reply papers shall be served/filed on 1/22/08;
- A proposed date for oral argument is 1/30/08, or on such date and time as directed by the court.

Thank you for your consideration with regard to this request.

                      Respectfully submitted, by,

                      GORAYEB & ASSOCIATES, P.C.

                      Mark H. Edwards (ME-7106)