| | |
|---|---|
| 0001 – 0600 | "LT ST/SG 8#'s |
| 0600 – 1630 | 3C work as directed |
| 1630 – 2400 | "LT ST/SG 8#5 |

G Koов
B Lambert
N Franz

| | |
|---|---|
| 0001 - 0600 | LT SF/GS 3 #5 |
| 0600 - 0710 | JG work as directed |
| 0710 - 0825 | FARRELL / P.A 18 - CADDELLS |
| 0825 - 0900 | LT CADDELLS - JG |
| 0900 - 1115 | JG work as directed |
| 1115 - 1140 | LT 76 - CADDELLS |
| 1150 - 1200 | ASSIST P/A - FARRELL - CADDELLS - JG |
| 1300 - 1630 | JG work as directed |
| 1630 - 2400 | LT SF/GS 3 #5 |

C KLEIN
R LAMBERT
H FRANZ

0001 - 0600    LIT ST/SG 8#5
0600 - 1530    SG    WORK AS DIRECTED
1530 - 2400    LIT ST/SG 8#5

G KELD
B CAMPBELL
H FRANZ

0001-0600    LT ST/BY 8#5
0600-1530    36 WORKING AS DIRECTED
1530-2400    LT ST/BY 8#5

CF KEER
B CAMBELT
H FRANS

2007  19th day – 346 days follow

FRIDAY **19** JANUARY

| | |
|---|---|
| 0001 – 0600 | LT ST/AS 3#5 |
| 0600 – 1630 | WORKING AS DIRECTED |
| 1630 – 2400 | LT ST/AS 3#5 |

G  KEEN
R  CAMBELT
H  FRANZ

0001 - 0600        "IT ST/BG 3#5
0600 - 1200        WORKING AS DIRECTED
1200 - 1800        "IT ST/BG 3#5
                   LIFERAFT RETURNED TO TUG
                   O.L.

1800 - 2400        "IT ST/BG 3#5

LIFERAFT, HYDRO RELEASE - INSPECTED AND RETURNED TO TU

G. KEEN
B. LAMBERT
H. FRANZ

2007   21st day – 344 days follow

SUNDAY **21** JANUARY

0000 – 0600          Lit st/by 3#5
0600 – 1800          3003   34-5
                     grob shop
                     sanitary
                     put on oil (lube)

1800 – 2400          LH st/by 3#5

FOB 10,650   LOB 170

G  Koer
R  Lambert
H  Frank

0001 - 0600          "LT ST/MJ 7#5
0600 - 1500          WORKING AS DIRECTED
1500 - 2400          "LT ST/MJ 7#5

G KERN
B LAMBERT
H FRANZ

2007  23rd day – 342 days follow

TUESDAY **23** JANUARY

0001 – 0600    4/T  ST /SG  Z #5
0600 – 1630    36  WORKING  AS  DIRECTED
1630 – 2460    4/T  ST/SG  Z #5

G  KEEN
R  CAMBRT
H  FRANZ

| 0001 - 0600 | LT ST/BS R#5 |
| 0600 - 0745 | LT ST/BS 3C |
| 0745 - 0800 | 1802 LL-LO |
| 0800 - 1630 | 3G WORKING AS DIRECTED |
| 1630 - 2400 | LT ST/BS B#5 |

G KOUN
B LAMBERT
H FRANZ

2007  25th day – 340 days follow

THURSDAY  **25**  JANUARY

0001 - 0600     LIT ST/BG 3#5
0600 - 0700     LIT  5 - CADDELLs
0700 - 1230     LIT ST/BG
1230 - 1400     IN DRYDOCK
1400 -          Hy HIGH AND DRY

G KOEN
B CAANSON
H FEHLIG

0001- 0600

DRY DOCK

G Kran

B CAMBRE

ET FEARY

2007  27th day – 338 days follow

SATURDAY **27** JANUARY

Dry Dock

G  Koon
R  Lambert
H  Franz

Dry Dock

G  Kern
B  Lambent
H  Franz

2007  29th day – 336 days follow
Ashura

MONDAY **29** JANUARY

Drydock

Q KOEN
R LAMBERT
H FRANZ

**30** TUESDAY

Dry Dock

C   Keen
B   Lambert
H   Fraser

2007   31st day ~ 334 days follow

WEDNESDAY **31** JANUARY

DRYDOCK

G KLIN
D CAMBORT
H FRANZ

DRYDOCK

G. KERN
B. CAMBRET
H. PRAUS

2007 33rd day – 332 days follow

FRIDAY **2** FEBRUARY

DRY DOCK

G KEEN
D CABINET
H FRAME

Dry Dock

G Keen
B Lambert
A Fleming

2007  35th day – 330 days follow

SUNDAY **4** FEBRUARY

DRYDOCK

G KOHN
B LAMBERT
H FRANZ

2007  37th day – 328 days follow

TUESDAY  **6**  FEBRUARY

_Dry Dock_

_Henry Franz_
_Brent Lambert_

FEBRUARY **7** WEDNESDAY

*Dry Dock*

HENRY FRANZ
BRENT LAMBERT

2007   39th day – 326 days follow

THURSDAY   **8**   FEBRUARY

2007  41st day – 324 days follow

SATURDAY **10** FEBRUARY

FEBRUARY **11** SUNDAY

2007 72nd day 323 days follow

2007   43rd day – 322 days follow
Lincoln's Birthday (US)

MONDAY **12** FEBRUARY

2007  45th day – 320 days follow
Valentine's Day

WEDNESDAY  **14**  FEBRUARY

800    BOAT   OFF   DRY   DOCK

TAKE   ON   5,000   GALS   F.O.
FRIM   DRY   DOCK

1100  –  KANDAL   TOWS   BOAT   TO
BERTH   5
1530   SECURE   AT   5

K  GUNDERSON
J  VELASWEZ
R  HALL

| | | | |
|---|---|---|---|
| 0700 - 0720 | LT | TO | 18 |
| 0720 - 0915 | JONES | ON | BALLSS + POT WATER |
| 0915 - 0940 | ASSIST | MWA /W | CALUMBIA |
| 0915 - 1000 | LT | TO | 36 |
| 1330 - 1350 | LT | TO | 5 |

1800 - JOSE OFF TO DOWN'T
R. Gunderson
R. HALL

0500 - STARTED MACHINERY
0600 - U/W TO B-36
     - TOOK ON F/W
     - ASSISTED ON DECK
1530 - SEC. MACH @ B-5 ON SHORE POWER

N.7

NFE

F/O 11,300                    L/O  80

JANUARY **16** TUESDAY



0500 - STARTED MACHINERY
0600 - U/W TO B-36
     - ASSISTED ON DECK
     - ESCORTED PAUL TO KDELLS WITH FARREL
     - TOOK EXH. READINGS @ 720 RPM
     1 - 329°        7 - 362°
     2 - 266°        8 - 361°
     3 - 233°        9 - 226°
     4 - 263°       10 - 315°
     5 - 219        11 - 308°
     6 - 272°       12 - 250°
1615- SEC. MACH. @ B-5 ON SHORE POWER

F/O 11,900                              L/O 80

0500 - STARTED MACHINERY
0600 - U/W TO B-36
     - ASSISTED ON DECK
     - SHIFTED & CHANGED F/O FILTERS M/E
515 - SEC. MACHINERY @ B-5 ON SHORE POWER

H. ?

NFE

0 11,200                              L/D 80

0500 - STARTED MACHINERY
0600 - U/W TO B-36
    - TOOK ON F/W
    - WIRE BRUSHED & PRESERVED BLOW DOWN VLV'S. LEFT ON
      WORK BENCH
    - ADDED 10 GAL 4/O TO M/E
1500 - SEC. MACH. @ B-5 ON SHORE POWER
    - INSTALLED NEW FILTER & HOUSEING ON A/C COMP.

F/O 11,100                                    L/O 80

0500 - STARTED MACHINERY
0600 - U/W TO B-36
     - ASSISTED ON DECK
1500 - SEC. MACH. @ B-5 ON SHORE POWER

F/O 11,000                          4O 7O

0500 - STARTED MACHINERY
0600 - U/W TO B-36
   - ADDED 10 GAL L/O TO M/E & 1 QT TO S/C GEN.
1200 - SEC. MACH. @ B-5 ON SHORE POWER
   - CHANGED FUEL FILTERS A/C & D/C GENS.

H. ?

N.F.

F/O  10,900                                    4/0  60

2007  21st day – 344 days follow

SUNDAY **21** JANUARY

0630 – STARTED MACHINERY
0700 – U/W TO MOVE BARGES AT METAL MANAGMENT
    – ASSISTED ON DECK
    – TOPPED OFF F/W & AFT BALLAST TNK
0845 – SEC MACH. @ B-5 ON SHORE POWER
    – TOOK SOUNDINGS: F – 35" – 1,600
                 P – 9"0" – 4,500
                 S – 9"1" – 4,550
                     10,650
    – CHANGED F/O FILTER ON BOILER UNIT
    – TOOK ON 110 4/0, "2 MORE BBL'S "IN DIVERS
    BARGE (

                         N · 2

F/O 10,650                                     4/0  170

0500 - STARTED MACHINERY
0600 - U/W TO B-36
    - EXH. READINGS @ 395 RPM.
    1. — 231        7. — 255
    2. — 192        8. — 254
    3. — 203        9. — 189
    4. — 204        10. — 199
    5. — 187        11. — 180
    6. — 202        12. — 189
    - ASSISTED ON DECK
1400 - SEC. MACH. @ B-5 ON SHORE POWER
    - REMOVED TRASH FROM ENG. SPACES
    - INSTALLED LATCHES ON REFG. DOORS
    - BROUGHT ON X-TRA 5 GAL BUCKETT SALT FOR YARD'S

                                H. Z

                        NFE

F/O 10,550                          L/O 170

2007 . 23rd day – 342 days follow

TUESDAY **23** JANUARY



0500 - STARTED MACHINERY
0600 - U/W TO B-36
     - ASSISTED ON DECK
     - INSTALLED MANOMETER ON M/E
1330 - SECURED MACH. @ B-5 ON SHORE POWER
     - CHANGED AIR FILTER D/C GEN
     - CHANGED M/E AIR FILTER MEDIA.
1520 - STARTED MACH. U/W TO B-36 TO MOVE
       BARGES
     - TOPPED OFF F/W
1630 - SEC. MACH. @ B-5 ON SHORE POWER

10,450                                  4/0 170

0500 - STARTED ALL MACHINERY
0600 - U/W TO B-36
     - ASSISTED ON DECK
     - INSTALLED CLOTHS HANGER IN ENS. ROOM CLOSET
1400 - SEC. MACH. @ B-5 ON SHORE POWER
1500 - STARTED MACH. U/W TO B-36
1630 - SEC. MACH. @ B-5 ON SHORE POWER
     - PUMPED AFT BALLAST DOWN FOR DOCKING

F/O 10,350                    40 170

0530- STARTED MACH.

0615 - U/W TO TAKE ON F/W

0630 - U/W TO DRY DOCK

0800 - SEC. M/E & D/C GEN. @ DOCK, CONTINUED
       PUMPING BALLAST TANK DRY

1515 - SECURED A/C GEN., ON BLOCKS IN DRY DOCK,
       ON SHORE POWER

N/E

F/O  10,300                              L/O  170

0600 – IN DRY DOCK @ CADDELL'S
   – CHECKED CENTER BILGE PUMP HOSE FOR LEAKS,
     FOUND LOOSE CONNECTION – WILL ORDER NEW HOSE
   – TOOK F/O SOUNDINGS: FWD – 3'5" – 1600
                          P – 8'2" – 4200
                          S – 8'9½" – 4350
                   TOTAL ON BOARD – 10,150
   – CLEANED & LUBE BOLTS FOR BOTH BALLAST
     COVERS
   – WIRED ELECT. PLUG IN HEAD

F/O 10,150                              4/0 170

2007   27th day – 338 days follow

SATURDAY **27** JANUARY

0600 — IN DRY DOCK @ CADDELLS
- REPLACED DISCH. UNLOADER & LINE ON A/C COMP
\* STILL NOT LOADING AS DESIGNED \*, WILL REPLACE
INTAKE UNLOADER.
- RUDDER REMOVED BY YARDS
- REMOVED HOSES & BILGE PUMPS IN COFFER DAM
AREA IN PREP. FOR SHAFT REMOVAL
- PUMPED COFFERDAM FOR SHAFT REMOVAL
- PROPPLLER REMOVED BY YARDS



F/O 10,150                    L/O 170

JANUARY **28** SUNDAY



- AT CADDELL DRY DOCK
- REPLACED SUCTION VLV. UNLOADER ON A/C COMP.
- ORDERED NEW HOLDING TANK PUMP & MOTOR, A/C,
  FOR SEWAGE HOLDING TANK
- CLEANED ENG. ROOM
- A/C AIR COMP. STARTED OVER HEATING, SECURED UNIT.
  SWAPPED D/C COMP. & REMOVED A/C COMP. TILL REPLACE-
  MENT COULD BE FOUND
- D/C COMP. "NO" GOOD" EITHER, ON SHORE AIR
- SECURED AIR TO M/E STARTER & CLUTCH CONTROLS

F/O 10,150                    L/O 170

2007  29th day – 336 days follow
Ashura

MONDAY **29** JANUARY

- AT CADDELL DRY DOCK
- WORKING ON AIR COMP.
- PULLED SHAFT / WORKING ON PACKING GLAND FLANG.
- REMOVED 13 RINGS OF PACKING FROM GLAND



10,150                                        4/0  170

0600 – AT CADDELL DRY DOCK
- REMOVED TRASH FROM BOAT & PAINT CANS
  FROM ENG. ROOM
- REMOVED SHAFT COUPPLING FROM ENS. ROOM – TAKEN
  TO DOCK SHOP
- CONT. PREPS. TO SAND BLAST HULL
- A/C COMP. DISCH. VLV. LEAKING, TIGHTNED VLV.- OK
- REMOVED & REPLACED COVER ON SHAFT PACKINS
  FOR GABE & BOBBY TO INSPECT

NFE

F/0  10,150                              40 170

31st day – 334 days follow

WEDNESDAY **31** JANUARY

AT CADDELL DRY DOCK
REMOVED S/W SUPPLY LINE FROM S/W STRAINER
TO M/E S/W PUMP
REMOVED S/W OVBD. FROM COOLER
REMOVED S/W DUPLEX STRAINERS
PICKED UP TOOLS & TRASH

N. P

NITE

10,150                                                          4/0    170

FEBRUARY **1** THURSDAY

2007 32nd day - 333 days follow

0600 - AT CADDELL SHIP YARDS
- CLEANING BILGES
- CLEANED S/W STRAINER PARTS, MADE READY TO REINSTALL
- MADE GASKETS FOR S/W STRAINER & S/W COOLER
- CLEANED ALL FLANGES

F/O 10,150                           L/O 170

2007  33rd day ~ 332 days follow

FRIDAY **2** FEBRUARY

- AT CADELL SHIP YARD
- CLEANING BILGES
- INSTALLED ~~GRAY WATER~~ OVBD LINE, VLU & CHECK VL
- DID RING INSP. ON M/E, 7-8-9 & 10 CYL
  RINGS NEED REPLACED
- REROUTED A/C GEN. R/W OVERBOARD LINE
- INSPECTED & CLEANED SEASUCTION VLUE & SEAT



N. P

N.F.E.

10,150                                    40 170

0600 - AT CADDELL DRY DOCK - NO YARD WORKES ONBOARD
- CLEAN UP / PICK UP TOOLS WIPE DOWN PUT
AWAY, REMOVED TRASH

N. 7

N.F.E

F/O 10,150                                    40 170

2007  35th day – 330 days follow

SUNDAY **4** FEBRUARY

0600 – AT CADDELL DRY DOCK
0730 – PIPE FITTERS CAME ON BOARD, NOT ABLE TO
WORK IN BELGES DUE TO FREEZING TEMP.
– PIPE FITTERS/MACHINIST WORKING ON PACKING GLAND
NUTS
– DREW & ALLIE WORKING ON #8-9-10 & 7 CYLINDERS,
REMOVING FOR RING REPLACEMENTS – ASSISTED THEM
– PULLED NOZZLE OFF OF BOILER UNIT & CLEAND IT & IGNITER
ALSO CHANGED F/O FILTER "AGAIN", BACK ON LINE WORKING
– R/W PIPING FOR COOLER & M/E BACK ON BOARD,
MAKING PREPS. TO REINSTALL WHEN DECK PLATE'S ARE
PUT BACK DOWN

N. 2

N.E.

T/O  10,150                    L/O  170

0600 - AT CADDELL DRy DOCK
- PUMPED WATER OUT OF M/E, PULLING HEAD'S TO
  DO RING JOBS #7 - 8 - 9 - &10
- YARD'S PUMPING F/O FROM 2/5 & PREPARING TO
  WASH TANK OUT FOR WELDING REPAIRS - SHUT/STB VLV. (SUCT)
- PREP PIPING FOR R/W TO M/E & R/W OVBD FROM COOLER
- REMOVED TRASH, SWABBED DECKS - UPPER LEVEL
- SEE SOUNDINGS 1-26-06, SAME

F/O 10,150                    L/O 170

2007  37th day – 328 days follow

TUESDAY **6** FEBRUARY



06:00 - AT CADDELL DRY DOCK
- YARDS WORKING ON SHAFT PACKING STUDS
- YARDS PUMPING S/FUEL TNK
- YARDS INSTALLING PIPING S/W COOLER OVBD
- YARDS WELDING ON HULL AFT
- YARD'S CONT. WORK ON SHAFT & RUDDER
- PULLED #8 & #9 HEAD'S & PISTONS, PUT ON NEW
  RING'S AND REINSTALLED PISTON'S & HEADS
- PULLED #10 HEAD & PISTON

A. D.

N.E.

10, 150                              40  170

0600 - AT CADDELL DRY DOCK
- COMPLETED RING JOB ON #10 CYLINDER, COMPLETED ENG. WORK
- REPLACED INJECTORS ON ALL REBUILT CYLINDERS, 2-8-5810
- YARD'S WORKING ON PACKING GLAND
- YARD'S WIPING S/ FUEL OIL TANK ONE LAST TIME
- YARD'S WELDING ON HULL
- YARD'S WORKING ON SHAFT & RUDDER
- YARD'S WORKING ON TRANSPONDER HULL INSTILLATION
- FILLED M/E WITH F/W
- TOPPED OFF F/W
- REMOVED TRASH & PICKED UP TOOLS

F/O 10, 150                    4/0 170

2007  39th day – 326 days follow

THURSDAY **8** FEBRUARY

8:00 AT CADDELL DRY DOCK
- PICKING UP TOOLS, CLEAN & PUT AWAY
- SET S/W STRAINER IN PLACE FOR INSTILLATION
- YARDS INSTALLED SHAFT - HOOKING UP COUPLINGS & PACKING
  IN ENG. ROOM
- WIPED DOWN M/E, REMOVED TRASH
- INSTALLED SEA VLV., CREW & YARD WORKER
- YARDS INSTALLING RUDDER
- WELDERS WORKING ON HULL

H. 7



NFE

10,150                    L/0  170

0600 - AT CADDELL DRY DOCK
- YARDS WORKING ON SHAFT
- YARDS WORKING ON RUDDER - PROBLEM WITH LOWER
  SHOE FITTING, CUT LOWER BEARING HOUSING OUT
- YARDS WORKING ON SEA VLV
- INSTALLING DECK PLATES
- REMOVED TRASH, PICKED UP TOOLS & CLEANED UP

H-2

N/C

F/O 10,150                    40/70

2007 41st day – 324 days follow

SATURDAY **10** FEBRUARY



0600- AT CADDELL DRY DOCK
- WELDER COMPLETING HULL WORK (1)
- PAINTERS PAINTING HULL BLACK (2)
- PIPE FITTERS WORKING ON SEA VLV. & PIPING
  TO STRAINER (2)
- INSTALLED STRAINER
- TOOK OUT TRASH & CLEANED UP
- COMPLETED INSTALLING FRANDUKER

10,150                                      40 170

0600 — AT CADDELL DRy DOCK
 — INSTALLED PIPE FROM S/W STRAINER TO M/E
 — CLEANED UP, REMOVED TRASH
 — TOOK ON F/W

F/O  10,150                              40 170

2007   43rd day ~ 322 days follow
Lincoln's Birthday (US)

MONDAY **12** FEBRUARY

0600 ~ AT CADDELL DRY DOCK
- YARD PIPE FITTERS ON BOARD @ 0740 (2) ?
- YARD WORKING ON SHAFT & PACKING GLAND
- INSTALLED F/O TANK COVER STBD F/O TANK
- REPAIRED CENTER BILGE HOSE - STOPED LEAK
- OPENED X-OVER FOR 2 P & 2 S TO LEVEL OFF
  BOTH TANKS, OPENED LOW SUCTION ON STBD F/O
  MANIFOLD
- ADDED 3½ GAL NALCOOL 2000 TO M/E



F/O  10,150

H/O  170

FEBRUARY 13 TUESDAY

2007 · 44th day – 321 days follow

0600 — AT CADDELL DRY DOCK
— PLUGGED OPEN PIPE FROM COOLER
0740 — YARDS ON BOARD GETTING VESSEL READY TO COME
OFF DRY DOCK, ON A/C & D/C GENS
0830 — OFF DRY DOCK, FOUND SMALL HOLE ON AFT
PORT SIDE OF HULL — SLOW LEAK, SEC D/C GEN

*R. Hall*

M. Beard @ 13:30
@ Caddell's Dry Dock

1530

— In Engine Room Scraping and Beating on Hull in aft of
Bilge, Found 4 More Section's With Holes

2000
Welders are done with Repairs

F○ 10,150                                          4○ 170



2007  45th day — 320 days follow
Valentine's Day

WEDNESDAY **14** FEBRUARY

Waiting Boat to be Put Back in Water

Boats Back in Water

Took Toward Balast Hatch off to Pump out Tank

Call on Fuel from Dry Dock appx. 4350 gals

Total Fuel on Board 10,300 gals

4/0 — 170

Kendall Bralle's Towing William E. Jo B - 5

B - 5 All Secure on Shore Power

Crew's on board Checking on Main Engine

Started AC & DC Gens

Switched from Shore to Ships Power

Relubed and Blew down Main Engine

Started Main Engine

Done with Engine Check
Shut down AC & DC Gen.
Switched from Ships to Shore Power

Secured Main Engine

4/0 170

0600
- _____ Blew down air Tanks
- Started AC & DC Gens.
- Switched from Shore to Ships Power
- Prelubed & Blew down Main Engine
- Started Main Engine
0700
in Route to Take on Ballast and Potable Water
0930
in Route to B-36
- in Engine Room Cleanings

- Scrubbed Deck Plates

- Removed Compressor from E/R

- 1330
in Route to B-5
1400
@ B-5 on Shore Power

Bobby on board to Look at ___ Echo Sounder & Grounding on Stern

- Scrubbed Main Engine
2230
- Shore Power is Not Working Properly, Were getting
Power in Half The boat, Switched back to
AC Gen

RCB

4/0 170

DRY DOCK

HENRY FRANZ
BRENT LAMBERT