UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT

of

DONJON MARINE CO., INC. as owner of Tug
WILLIAM E. for Exoneration from or Limitation
of Liability,

Petitioner.

07 civ 3840 (RMS)

DECLARATION PURSUANT TO
28 U.S.C. § 1746 OF GORDON
KEEN

I, GORDON KEEN, declare under penalty of perjury under the laws of the United States of America that:

1. I am employed by Donjon Marine Co., Inc. and was the Captain of the Tug WILLIAM E on January 31, 2007. I make this affidavit upon personal knowledge and information.

2. On or about January 25, 2007, we brought the tug to Caddell Dry Dock and Repair Co., Inc. for work on the hull and underwater propulsion systems.

3. Three tug crew members performed maintenance inside the tug, on the tug's main engines and auxiliary mechanical systems. We were mainly overhauling the tug's main engine. Caddell Dry Dock employees were not involved in our work.

4. We were not involved in any way in the work performed by Caddell Dry Dock's employees. We did not interact with Caddell Dry Dock's employees in any way. No member of the tug's crew supervised Caddell Dry Dock employees or otherwise instructed Caddell Dry Dock on how to do the work they were hired to perform.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23 2008

_____
Gordon Keen